# UNITED STATES DISTRICT COURT
for the
Federal District of Kansas

_____ Division

| | |
|---|---|
| Arthur L Gonzales JR <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Robert Wray, Millie Murray <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. __22-3019-SAC__ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Arthur L Gonzales JR
   All other names by which you have been known:
   ID Number: 110872
   Current Institution: Lansing Correctional Facility
   Address: P.O. Box 2
   Lansing, KS 66043

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Robert Wray
   Job or Title (if known): Doctor PHD
   Shield Number:
   Employer: Corizon / Centurion Health Service
   Address: Larned, KS 67550
   [X] Individual capacity  [X] Official capacity

   Defendant No. 2
   Name: Millie Munray
   Job or Title (if known): APRN
   Shield Number:
   Employer: Corizon / Centurion Health Service
   Address: Lansing, KS 66043
   [X] Individual capacity  [X] Official capacity

Page 2 of 11

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address
  _____  _____  _____
  City              State             Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address
  _____  _____  _____
  City              State             Zip Code
  ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th amendment right to be free from cruel and unusal punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*NA*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See Attached*

II. D.  A public employee acts under color of state law while acting in their official capacity or while exercising their responsibilities pursuant to state law.  A defendant in a § 1983 suit acts under color of state law when they abuse the position given to them by the state.  West v. Atkins, 487 U.S. 42 (1988).  The West Court held that a private physician under state contract "to provide medical services to state prison inmates, acted under color of state law for the purposes of § 1983 when undertaking their duties in treating petitioner's injury." 487 U.S. at 54.  Dr. Robert Wray and Arpn Millie Murray are both contracted with the State of Kansas to provide medical care to inmates.


IV. B.  The events of this claim first arose in Larned Correctional Mental Health Facility on or around July 8, 2020, and continued there until I was ultimately transferred to Lansing Correctional Facility around July of 2021.  The events continued from the time I arrived at Lansing Correctional Facility to present.

IV. D. All of the above↑ On July 8, 2020 I got Covid-19 from the staff at Larned Correctional Mental Health Facility. I got up from my bunk, started to walk, and lost all feeling in my legs and feet. I went to talk to the nurse, and she said she and the doctor couldn't see me due to being on lockdown from Covid-19. When they transferred the inmates who were infected with Covid-19 to the Lansing Correctional Facility, I reported the problem of losing feeling in my back, legs, and feet to the nurse there. That nurse told me that he could not do much for me due to us inmates being in quarantine, and that I was from another facility, and to report the problem to the nurse and doctors at Larned when I got back there. Upon arriving back an Larned in August, 2020, I put in a sick call. I saw Dr. Wray, who first told me that I had a swollen and inflamed sciatic nerve, which was causing me the problems I was having with the numbness and loss of feeling in my back and legs. Dr. Wray put me on Prodizone for 2 weeks. It did not help, so I put in another sick call. This time I was seen by a doctor Brit, who told me I had a pinched nerve and ordered me an X-Ray on my back, which showed everything to be normal, so the medical staff denid me an MRI. I again put in a sick call and saw Dr. Wray for the second time. This time he told me that I had a "sequal of Covid-19", put me on a bunch of different pain medications, and said that my problem would just go away after the Moderna Vaccine shots. I took both of these shots, but the problems persisted. For the fifth time I put a sick call in, and for the third time I was seen by Dr. Wray. I informed him I was now having burning and tingling sensations in my legs and feet, that I can only feel half of my right leg, and that my lower vack is numb when I walk and I lose feeling in both of my feet. Dr. Wray then got on the computer and Googled my symptoms, and claimed to have found other people with the same symptoms as me, and this time told me I have neurological nerve damge due to a virus infection, which is Covid-19. He started reading articles and said that this could last for up to six months or longer, so all he did then was to increase my pain medications, and told me that it should help. The medication increase did help for a little bit, but then the pain got worse, so I put in my sixth sick call and saw Dr. Wray for the fourth time. I told him about my pain and numbness again. Dr. Wray again increased my pain medication and put me in physical therapy to see if that would help. It took two weeks for the physical therapy to be approved, and when it did I went to my first appaointment. The physical therapist asked me what was going on, which I explained, and he said that he was going to stretch me out and pop my back. As he was doing this he said I had some muscle issues with my right side and that over time I should get some of my strength back, and he gave me some stretches to do in my cell to try to relieve some of my back pain. I tried them and they seemed no to work. Some of the stretches he asked me to do caused me more pain in my back and legs. When I went to my next session I told the therpist what went on and he changed the stretches he wanted me to do and added some new ones, asking me to try them out and let him know what the results were the next time I saw him. I did the new strecthes but got the same results. I went to see the therapist the third time and told him that the same thing happened, so he did some type of evaluation of me and concluded that I needed an MRI and further treatment because of some muscle deficiency on my right side, and concluded that therapy wouldn't help. The therapist sent referral to Dr. Wray and his boss. A week later I say Dr. Wray again. Dr. Wray yelled at me for having the therapist do an evaluation on me and for the therapist asking for an MRI, then he went and asked me how long I had left in prison. I told him I had a year left. Dr. Wray then put me on a 360 medical lay-in and told me to see a doactor when I got out of prison. I waited 6 months to get an MRI and when I did finally get one Dr. Wray yelled at me and told me that the KDOC did not want to spend the money for an MRI whan I was close to my out date. Through all of this I am still working at my private industry job in pain, and still puttingin sick calls. After my MRI results came back I had a Zoom meeting on

May 21, 2021 with Saline Regional Medical Center. I say the back expert, who said that I have a bulge in my spine and that I would need to get a spinal fusion and then get the bulges cut out in order to fix my back. She also said that I would have to get on epidural shot in my spine, and that it won't help seeing how I have been dealing with the pain for over a year. She put in an order on May 21, 2021 for all of this. After the order was put in they took my job from me. Dr. Wray did not want me to further damage my back and also told me that they were going to do a medical background check on me to see if I ever had any back problems before now. Dr. Wray did not believe me when I told him I had not, and told me he believed I was trying to get something fixed from the past because he did not believe Covid-19 did this to me, despite him diagnosing this exact scenario on my third visit to him. While awaiting the epidural shot I sent the Warden of Larned Correctional Facility a Form-9, stating that now the medical staff gave the impression to me that they believed I was lying to them about my back pain now, and that they did not care that I had been in pain for over a year and would remain so if untreated for another year, and that they did not care that I was still working prior to the MRI results. I also informed the Warden that Dr. Wray insinuated that he believed I might have injured my back at work. I was eventually told that my appointment was scheduled for July of 2021, and I was transferred to Lansing Correctional Facility on a medical level 5 for health reasons. When I got to Lansing the ARPN Millie didn't believe me and told me she was going to cancel all of my appointments and told the Unit Team that I was classified wrong, so Millie lowered my medical level so that I could not get a job. I went 3 months without a job, and three months without treatment on my back and legs. After three months I was put to work in the kitchen to work, which caused me more pain. I was taken to KU Medical on October 12, 2021. The doctor at KU Medical went over my MRI with me and told me the same things that the back specialists from Saline Regional Medical Center told me, that I need a shot and surgery. So two different orders, May 21, 2021 and October 12, 2021 advised that I was in need of surgery to correct the problems with my back. It has been over 2 years and I still have yet to have the issues with my back and the pain fixed, despite that exact recommendation from two separate specialists. I have 11 months left in prison, am taking the maximum amount of pain medications that the KDOC allows, which is about 9,000mg per day, and am in constant pain with every day tasks.

V. My injuries include (a) losing feeling in my back, right leg, and both feet, (b) stabbing pain in my back, right leg, and both feet, (c) numbness and burning in my right leg and in both feet, (d) muscle depritiation on right leg and feet, (e) emotional damage from being in constant pain when trying to do every day activities such as walking, brushing teeth, showerering, etc., (f) losing minimum wage job due to lack of corrective treatment on sciatic nerve.


VI. VI. Requesting $25,000.00 in compensatory damages, due to loss of employment because of pain, continued delays in treatment of problem resulting in living with continual pain. $75,000.00 in punative damages due to Dr. Ray's continual misdiagnosis, and later admission of the misdiagnosis, explaining he did it because they simply did not want to incur the expenses of fixing my issue because of release date., and an injuction ordering the necessary corrective surgery recommended, so that I can finally have the problem fixed and live my life pain free. Punitive damages "are available only for conduct which is 'shown to be motivated by evil motive or intent, or when it involves reckless or callous indifference to the federally protected rights of others'" Smith v. Wade, 461 U.S. 30, 56, 103 S. Ct. 1625, 75 L. Ed. 2d 632 (1983). Compensatory will be for actual monies spent or injuries sustained. An inmate's complaint of inadequate medical care amounts to an Eighth Amendment claim if the inamet alleges "acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs." Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976). Objective component, the inmate must show the presence of a "serious medical need," that is, :a serious illness or injury." Subjective component, deliberate indifference requires more than negligence, but less than conduct that is undertaken "for the very purpose of causing harm or with knowledge that harm will result." A prison official does not act in a deliberately indifferent manner unless that official "knows of and disregards an excessive risk to inmate health or safety; the oficial must both be aware of facts from which the inference could be drawn that a substancial risk of serious harm exists, and he must also draw from the inference.

C. What date and approximate time did the events giving rise to your claim(s) occur?

From on or about July 8 2020 To present

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See attached

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See attached

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Larned Correctional Facility

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Larned Correctional Facility, Lansing Correctional facility

2. What did you claim in your grievance?

   See attached

3. What was the result, if any?

   See attached

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   See attached

VII. E. 2. (1) That defendants new the need for surgery and epidural shot, but denied me only because I had less than one year remaining on my sentence. (2) That I was given excessive amounts of pain medication instead of having the problem causing the pain addressed. (3) That Dr. Wray gave me three different diagnoses when he later revealed he knew what was really wrong but chose not to treat the cause of the pain only because I was less than one year from release. (4) That Millie Murray revoked all medical recommendations given by Saline Regional staff, KU Medical staff, and finally Dr. Wray himself without cause or even seeing me first.

VII. E. 3. One grievance was submitted in Larned in May orf 2021. The other grievances were given to Correctional Officer Ms. Peters in Lansing in July of 2021, which she delivered them to the mail room. As of the date of this filing, all grievances were kept by staff and ignored. I have yet to receive anything back, and do not anticipate ever hearing back on them.

VII. E. 4. Sent off appeal to Topeka in September of 2021 with copies of all documentation that is included here and explanation as to why I was appealing to them, the staff's ignoring of my grievances. Never heard anything back from them either.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   See attached

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

VII. G.  I have had Correctional Officer Ms. Peters email the proper grievance staff about these issues many times, and her emails were also ignored.  This is not uncommon behavior from Lansing Correctional Facility's grievance staff, to ignore inmates and officer's inquiries about their grievances.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _NA_
   Defendant(s) _NA_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _NA_

3. Docket or index number
   _NA_

4. Name of Judge assigned to your case
   _NA_

5. Approximate date of filing lawsuit
   _NA_

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _NA_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _NA_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _NA_
   Defendant(s) _NA_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _NA_

3. Docket or index number
   _NA_

4. Name of Judge assigned to your case
   _NA_

5. Approximate date of filing lawsuit
   _NA_

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _NA_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _NA_

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Arthur L. Gonzales JR.
Prison Identification #: 110872
Prison Address: 301 E KS Ave
Lansing, KS 66043

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____