The following are copies of all informal and formal attempts at resolution. Some grievances are missing because they were never returned to me.

# Health Services Request Form

B45

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: |
| Time Received: |

followup

Print Name (Imprimir nombre): Arthur Gonzales Jr

Date of Request: 10-6-2020

ID #: 10057

Date of Birth (Fecha de nacimiento): 4-6-88

Housing Location (Ubicación de la vivienda): WJB45

Nature of problem or request (Naturaleza del problema o solicitud): This Is my Third sick call
for my pinched nerve in my back in legs

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____  ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _____   Time: _____

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

Initial   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP

Appointment   ☑ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP

Fee Charge   ☐ $2.00   Referred to HCP

Comments:

| S Fox RN | 10-7-2020 |
| Staff Signature | Date |

Centurion: REC-013KS
07/01/2020



# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico | |
|---|---|
| Date Received: | 10.21.20 |
| Time Received: | 2300 |

Print Name (Imprimir nombre): Arthur L Gonzales

Date of Request: 10-22-2020

ID #: 110872          Date of Birth (Fecha de nacimiento): 4-6-86

Housing Location (Ubicación de la vivienda): G2B45

Nature of problem or request (Naturaleza del problema o solicitud): This is my 4 sick my left Leg is still numb & hurts when I walk I can only feel part of my right leg It soos numb when I walk miss Fisher said I wouldn't be able To stand If my legs our numb they have been numb since augoust and I om Iu s lot of pain

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Arthur lGee

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

| (The area below is not to be used for education, counseling or documenting a clinical encounter) | | |
|---|---|---|
| Triaged by: Fisher | ☑ Routine   ☐ Urgent   ☐ Emergent | |
| Date: 10.21.20 | Time: 2300 | |
| Date of Face-to-Face Visit: 10-22-20 | | |
| Other: | | |

| Response Recommendation (to be completed by Medical Staff only) | | | | | |
|---|---|---|---|---|---|
| Initial | ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP | | | | |
| Appointment | ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP | | | | |
| Fee Charge | ☐ $2.00 | | | | |

Comments: scheduled to see doctor today 10.22.20 - PP

10.22.20

Staff Signature          Date

Centurion: REC-013KS
07/01/2020

 centurion

# Health Services Request Form

| For Medical Use Only |
|---|
| Sólo para uso médico |
| Date Received: 10-26-20 |
| Time Received: 2300 |

Print Name (Imprimir nombre): Arthur L Gunzales JR

Date of Request: 10-26-2020

ID #: 110872          Date of Birth (Fecha de nacimiento): 4-6-86

Housing Location (Ubicación de la vivienda): W2B45

Nature of problem or request (Naturaleza del problema o solicitud): This is my 5th sick call the pain in my legs when I walk the numbness & throbing in my legs in feet when I walk & try to sleep I have had this problem since August I had x-rays on my back on 10-26-2020 I want got the results back the pain meds are not working need to know whats wrong with me need help with pain please & thank you

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero en el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de urgencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

#196
976
124/82
74
98%
18

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: L Cephil RN          ☑ Routine   ☐ Urgent   ☐ Emergent

Date: 10-26-20          Time: 2300

Date of Face-to-Face Visit: 10/27/2020

Other:

### Response Recommendation (to be completed by Medical Staff only)

Initial         ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment  ☑ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge   ☐ $2.00
Comments: Refer to Provider

MD. ft. LPN                                    10/27/20

Staff Signature                          Date

Centurion: REC-013KS
07/01/2020



*Red Barn AM*

# Health Services Request Form

| For Medical Use Only |
| :---: |
| Sólo para uso médico |

| Date Received: | 10-29-20 |
| Time Received: | 2300 |

Print Name (Imprimir nombre): Arthur L Gonzales JR

Date of Request: 10-30-2020

ID #: 110872          Date of Birth (Fecha de nacimiento): 4-6-86

Housing Location (Ubicación de la vivienda): W21B45

Nature of problem or request (Naturaleza del problema o solicitud): I got X-rays on Monday 26 I was told that I had to put in a sick call to get my results back for my xrays

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____ ☑ Routine  ☐ Urgent  ☐ Emergent

Date: 10-29-20          Time: 2300

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge  ☐ $2.00

Comments:

_____ Staff Signature          10-30-20 Date

centurion

# Health Services Request Form

*Red Barn Am*

| For Medical Use Only |
|---|
| Sólo para uso médico |
| Date Received: 11.4.20 |
| Time Received: 2500 |

Print Name (Imprimir nombre): Arthur L Gonzales JR

Date of Request: 11-4-2010

ID #: 110872      Date of Birth (Fecha de nacimiento): 4/6/86

Housing Location (Ubicación de la vivienda): W2B4S

Nature of problem or request (Naturaleza del problema o solicitud): I have been having problems with my feet + Back I would Like to get a pair Of Insoles for my Shoes to see If that may help size 11 please + thank you    *follow up*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este artículo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____ ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _____   Time: _____

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

| Initial | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |
| Appointment | ☐ Nurse | ☐ Doctor | ☐ Dentist | ☐ Eye Doctor | ☐ Mental Health | ☐ ARNP |

Fee Charge   ☐ $2.00   *No Charge*

Comments:

_____        11/5/20
Staff Signature                Date

*Refer to Pleasant LPN/Dr. Wray*

Centurion: REC-013KS
07/01/2020

*199  110872  986  64  16.962*

centurion

# Health Services Request Form

| For Medical Use Only |
|---|
| Sólo para uso médico |
| Date Received: |
| Time Received: |

Print Name (Imprimir nombre): *Arthur L Gonzales JR*

Date of Request: *12-3-2020*

ID #: *110872*          Date of Birth (Fecha de nacimiento): *4-6-86*

Housing Location (Ubicación de la vivienda): *C02 B645*

Nature of problem or request (Naturaleza del problema o solicitud): *I would like to get my pain meds Incrased plaset thank you*

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _____   ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _____   Time: _____

Date of Face-to-Face Visit: *12.4.20*

Other: _____

Response Recommendation (to be completed by Medical Staff only)

Initial Appointment:
☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP

Fee Charge   ☐ $2.00

Comments:

_____          *12.4.20*
Staff Signature                           Date



# Health Services Request Form

| For Medical Use Only<br>Sólo para uso médico | |
| --- | --- |
| Date Received: | 12-18-20 |
| Time Received: | 2200 |

Print Name (Imprimir nombre): _Arthur Gonzales_

Date of Request: _12-18-2020_

ID #: _110877_          Date of Birth (Fecha de nacimiento): _4-6-86_

Housing Location (Ubicación de la vivienda): _W2B45_

Nature of problem or request (Naturaleza del problema o solicitud): _Eyes blur when watching TV/reading_

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_Arthur Gonzales_
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

| (The area below is not to be used for education, counseling or documenting a clinical encounter) |
| --- |

Triaged by: _Tammy R_          ☐ Routine   ☐ Urgent   ☐ Emergent

Date: _12-18-2021_          Time: _2200_

Date of Face-to-Face Visit: _\_

Other: _____

### Response Recommendation (to be completed by Medical Staff only)

Initial Appointment
☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP

Fee Charge   ☐ $2.00

Comments: _Seen_

_C Crosby LPN_          _12/19/20_
Staff Signature          Date



# Health Services Request Form

| For Medical Use Only |
| Sólo para uso médico |
| Date Received: 2-12-21 |
| Time Received: 2200 |

Print Name (Imprimir nombre): _Arthur Gonzales_

Date of Request: 2-12-2021

ID #: 110872          Date of Birth (Fecha de nacimiento): 4/6/86

Housing Location (Ubicación de la vivienda): W28345

Nature of problem or request (Naturaleza del problema o solicitud): The pain meds are not working and I am having pain in my back + leg on my right side

I consent to be treated by health staff for the condition described.
(Da su consentimiento para ser tratada por el personal de salud para la condición descrita.)

I understand that my requesting health services does not necessarily mean that I agree that I should be assessed a charge for healthcare services. If I disagree with any charges assessed, I understand I may file a grievance with the Warden as per KAR 44-15-101 et seq. I understand that a $2.00 fee will be assessed for any sick call visit and any non-emergency visit to health care staff if it is not a follow-up visit or referral.

(Entiendo que mi solicitud respect de recibir servicios de salud no necesariamente inplica que estoy de acuero en que se me cobren cargos por dichos servicios de salud. Comprendo que, en caso de no estar de acuero con el cobro de algún cargo, puedo presentar un reclamo ante el Alcalde, de conformidad con las reglamentaciones del KAR 44-15-101 et seq. Tengo entendido que el personal de salud cobrará un arancel de $2.00, por cualquier visita a un enfermo o visita que no sea de ugencia, si no se trata de una visita de seguimiento o por una derivación.)

_____
Patient Signature (Paciente Firma)

**Place the slip in medical request box or designated area.**
**(Pon este articulo en la caja médica u otra área designada.)**
**Do not write below this area. (No escribe debajo de esta área.)**

(Original – Medical Record, Yellow Copy – Inmate/Patient, Pink Copy – Business Office)

(The area below is not to be used for education, counseling or documenting a clinical encounter)

Triaged by: _Young RN_          ☐ Routine   ☐ Urgent   ☐ Emergent

Date: 2-12-21          Time: 2200

Date of Face-to-Face Visit: _____

Other: _____

Response Recommendation (to be completed by Medical Staff only)

Initial   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Appointment   ☐ Nurse   ☐ Doctor   ☐ Dentist   ☐ Eye Doctor   ☐ Mental Health   ☐ ARNP
Fee Charge   ☐ $2.00
Comments: No change - seen

_____          _____
Staff Signature  Crosby LPN          Date  2/13/21

Centurion: REC-013KS
07/01/2020



OW2 B45

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

RECEIVED
NOV 11 2020

Gonzales 72
**Last Name Only**

110872
**Number**

**KANSAS DEPARTMENT OF CORRECTIONS**

NOV 1 0 REC'D

**INMATE REQUEST TO STAFF MEMBER**

To: MS Simns _____  Date: _____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been having problems with my Legs & feet for 4 months
I have put in 6 sick calls and was told I was put in for a mri
I cant fel my Legs or fet when I walk and I am Inpain
all day ~~they~~ can you please help thankyou

_____

Work Assignment: Redbarn onsite _____  Living Unit Assignment: W2 b45
Comment: _____  Detail or C.H. Officer: ____

Disposition: _____
_____
_____
_____

To: Gonzalez 110872 _____  Date: 11-11-20
(Name & Number)

Disposition: You can discuss with Dr. Wray at your
next appointment. _____

J. Peasant CM
Employee's Signature

**To be returned to inmate.**

P-0009

OW2B 45

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

RECEIVED
NOV 16 2020
BY:

GONZALES

**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

NOV 13 REC'D

**INMATE REQUEST TO STAFF MEMBER**

110872

**Number**

To: MS pleasenT                                    Date: 11-13-2020
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was TOlD To Send you a form Nine io ask you If I
am Sechuled for an mr7 I say Doctor wray on 11-2020
and he told me he put me in for one I am Just making
sure that he did canyou Let me know please + thank you

Work Assignment: Red Barn onsite          Living Unit Assignment: W2 B45
Comment: _____              Detail or C.H. Officer: cel Hell

Disposition: _____

To: Gonzales 110872                              Date: 11-16-20
(Name & Number)

Disposition: Yes. I submitted a request to Regional
Office It is pending approval.

J. Pleasant                                        **To be returned to inmate.**
Employee's Signature

P-0009

OW2B45

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales Tr
**Last Name Only**

DEC 16 2020

## KANSAS DEPARTMENT OF CORRECTIONS

DEC 15 REC'D    1/0872

## INMATE REQUEST TO STAFF MEMBER

**Number**

To: MS SIMMS                                    Date: 12-12-2020
**(Name and Title of Officer or Department)**
State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been dealing with this problem with my legs and feet thumb and going in
pain when I walk since Aug I have been waiting for an MRI since Nov 2
I put in another sick call in on 12-8-2020 To get my pain meds Increased cause
There not working I have seen both Doctors I have got one digonisis from
Briet and 3 different dignois's from Dr wray I would like To know whats
wrong with me I why I havout had an MRI place Let me know) What you
can find out Thank you

Work Assignment: Red Barn onsite              Living Unit Assignment: C02 B45

Comment: _____        Detail or C.H. Officer: M Baber

Disposition: _____
_____
_____
_____
_____

To: Gonzales 110872                              Date: 12-16-2020
**(Name & Number)**

Disposition: MRI is pending approval from Regional
Office — will schedule once approved

J. Pleasant Lpn
**Employee's Signature**

**To be returned to inmate.**

P-0009

W2B45

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales
_____
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

DEC 23 2020

**INMATE REQUEST TO STAFF MEMBER**

110872
_____
**Number**

To: MS Simms                              Date: 12-21-2020
_____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

So I have to deal with this pain in numbness in my legs & back
Since August Dr was told me Nov 2 I was put in for a MRI
I put in a sick call on Dec 2 to have my gabapentin Increased &
I have yet to be seen what Am I supposed to do please let me know
If my family cant get an answer & I cant I will have them call
Topeka office Thank you

Work Assignment: Red Barn OnSite          Living Unit Assignment: W2B45

Comment: _____          Detail or C.H. Officer: _____

Disposition: _____
_____
_____
_____
_____

To: Gonzalez 110872                       Date: 12.22.20
_____
(Name & Number)

Disposition: We appreciate your patience. The MRI is still pending
approval. I have sent an email to who needs to review for approval.
you will be scheduled with the provider to review medication
dosage. Thank you.

ASimmons, HSA
_____
Employee's Signature                      **To be returned to inmate.**

P-0009

OW2B45

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

GONZaloS
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

110872
**Number**

[stamp] RECEIV
JAN 0 2

### INMATE REQUEST TO STAFF MEMBER

JAN 04 REC'D

To: MS Simms
Date: 12-30-2020

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I work cuz Dr Wray Took me off Medical Lavin I was then told by a
Co If I didn't go to work I would get a UR + Lose 30 days of good
time. Then I was told by a nurse InfronT of a Co That #C I keep
complaining about The pein Im in I was going To geT moved To Central
clinc + not get any different medical treatment. Then Im not getting how
I work + take care of my family + I STill haven't been Seen by a Doctor LasT Sick
call was Dec

Work Assignment: Red Barn onsite          Living Unit Assignment: W2B45

Comment: _____          Detail or C.H. Officer: Co Bernard

Disposition: _____
_____
_____
_____

---

To: Gonzales 110872
(Name & Number)

Date: 1-5-2021

Disposition: you will be scheduled with the provider for one
review.

_____
ASimmons, HSA
Employee's Signature

**To be returned to inmate.**

P-0009

OW2B45

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

RECEIVED

JAN 0 2020

BY:

**KANSAS DEPARTMENT OF CORRECTIONS**

**INMATE REQUEST TO STAFF MEMBER**

Gonzales
**Last Name Only**

110872
**Number**

To: MS Simms                    Date: 1-3-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I work with pain To Take care of my family and Bills I have been dealing with The numbness in my feet + back Since Aug Last year I saw Dr Briet once Dr Lloy 3 Time the Last Time I saw him he googled my Symtoms + read me an article from the Internet + Told me my condition is due To covid-19 If all Im going To get is pain meds please Increase them SO I cant feel anything, If I cant get an MRI To figure out what's wrong with me fine Increase my meds Last Sick Call 0-c2 still havent seen a doctor

Work Assignment: red barn onsite          Living Unit Assignment: W2B45

Comment: _____          Detail or C.H. Officer: CO1 Strut

Disposition: _____

To: Gonzales 110872                    Date: 1-5-2021
(Name & Number)

Disposition: you will be Scheduled with the provider.

Simmons, HSA
Employee's Signature

**To be returned to inmate.**

P-0009

OW2B45

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

GONZALES
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**
JAN 0 7 REC'D
**INMATE REQUEST TO STAFF MEMBER**

JAN 3 0 2022

110872
**Number**

To: MS Simmons                          Date: 1-5-2021
**(Name and Title of Officer or Department)**
State completely but briefly the problem on which you desire assistance. (Be specific.)

You will Scheduled me to see the provider When Cause you said that in Dec here is is Jan And I still havent seen the provider still no mri To see why my pain is so bad If in need To take futher actions To get the proper medical care Tell me Dr wray say's Nerve Damage Due to Covid-19 Dr Briet Said pinched Nerve which one of the 4 is it do I need to cull Topeka Or a Lawyer Cuz being in this kind of pain Since Last Year and you seem Like you dont care doesn't seem right

Work Assignment: Red barel ONSite             Living Unit Assignment: W2B45

Comment: _____              Detail or C.H. Officer: Cd Ash

Disposition: _____
_____
_____
_____

To: Gonzales 110872                          Date: 1-11-2021
**(Name & Number)**

Disposition: as I have Stated, you are Scheduled with the provider.
Thanks

A Simmons HSA
**Employee's Signature**

P-0009

**To be returned to inmate.**

OW2B45

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales _____
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

110872 _____
**Number**

#1

FEB 2 2 REC'D

**INMATE REQUEST TO STAFF MEMBER**

To: MS Simmons _____ Date: 2-22-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I got paren medical Lay-in LAST wenesday + Dr Wray told
me I would be Doing physical therpy This week + I'm not
og the Scheudle can you tell my why I'm not pleasst
thank you

Work Assignment: Red Barn Onsite     Living Unit Assignment: W J R 45
Comment: _____     Detail or C.H. Officer: _____

Disposition: _____

To: Gonzales 110872 _____     Date: 3-23-21
(Name & Number)

Disposition: Request has been submitted to Regional Office and
is under review.

J Reason Jr _____
Employee's Signature

**To be returned to inmate.**

P-0009

OW2B45

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

GonZules
**Last Name Only**

RECEIVED
FEB 26 2021

**KANSAS DEPARTMENT OF CORRECTIONS**

110872
**Number**

FEB 22 REC'D

**INMATE REQUEST TO STAFF MEMBER**

To: MS Barger                    Date: 2-22-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was told By Dr way that I would be doing Phisical
Thorpy this week + I'm not on The scheudle can you tell
me why I If I'm still pendicy Jetting an mrk please
+ thank you

Work Assignment: RedBath onsiet          Living Unit Assignment: W2B45

Comment: _____          Detail or C.H. Officer: _____

Disposition: _____

To: Gonzales 110872                    Date: 2-23-21
(Name & Number)

Disposition: Please refer to response for sick call date 2-22-21
#1.

J. Pleasout Cr
Employee's Signature

**To be returned to inmate.**

P-0009

OW2B45

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

FEB 2 5 REC'D

110872
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Ms Simmons  HSA _____   Date: _____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I put In a sick call To get Taken off my medical Lay-in I wasn't seen
the nurse called Doctor wray the told her he wont take me off till I see
The physical Thorpisat I saw my unti team today and he read my Lay-in
and how can dr wray lay me in for 365 day's I get out next year so
instead of you guy's trying to help me your not trying to deal with me
at all your Just waiting till I get out need copy of Lay-in yo sir to
lawyer please Thank you

Work Assignment: Redfarm onsite _____   Living Unit Assignment: W2B45

Comment: _____   Detail or C.H. Officer: _____

Disposition: _____

To: Gonzales 110872 _____   Date: 2·24·2021
(Name & Number)

Disposition: Dr Wray did the 365 days so we don't have to
keep re-doing it. Your PT was approved 2·25·21, so you
will get your evaluation next week. Once we have a
better idea of what your POC is going to be, or there is
A Simmons HSA                    improvement your Lay-in
_____        will stay in To be returned to inmate.
Employee's Signature             It can be removed whenever
                                 this happens. Thanks

P-0009

W2B 45

| | |
|---|---|

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

GONZALES
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

MAR 09 2021

110872
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: HSA Simms                    Date: 3-1-2021
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

I asked for a copy of my Medical Lay-in and The
reason for The 365 day Lay-in I need that in writing
to give to my Lawyer or do I Need my Lawyer to call & get
it as of 3-1-2021 I am not on a List to see a physical Therpy
& Since when does a physical Do I even if I need a mri
~~I could~~ so please send me a copy of my Medical Layin
please & thanks

Work Assignment: Red Barn onsite        Living Unit Assignment: W2B45

Comment: _____        Detail or C.H. Officer: Craven, Martha

Disposition: _____

To: Gonzales 110872                    Date: 3-10 2021
**(Name & Number)**

Disposition: I believe this issue is resolved per our
conversation on 3-4-2021. If not, let me know.
Thank you

Simmons, HSA
**Employee's Signature**

**To be returned to inmate.**

P-0009

DW2B45

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

RECEIV~
MAR 11 2021
BY _____

Gonzales
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

MAR 10 ...

110872
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: HSA Simons                          Date: 3-9-2021

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I still need a copy of my medical lay-in cuz what you
told me & what he told me dont match up I need
it for my records & so I can send off with my
Legal mail please. Thank you

Work Assignment: Red Barn Onsite      Living Unit Assignment: W2B45

Comment: _____                Detail or C.H. Officer: Cd _____

Disposition: _____

To: Gonzales 110872                     Date: 3-11-2021

(Name & Number)

Disposition: We do not provide copies of information out of
medical records.
   If you have legal representation they would have to
request or it can released to anyone else with an ROI
                                    on file.   Thanks
Simmons, HSA

**Employee's Signature**                **To be returned to inmate.**

P-0009

OWB45

Gonzales
**Last Name Only**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

RECEIVED
MAR 2 6 2021

**KANSAS DEPARTMENT OF CORRECTIONS**

110872
**Number**

MAR 2 5 REC'D

**INMATE REQUEST TO STAFF MEMBER**

To: HSA Simmons                    Date: 3-24-2021
**(Name and Title of Officer or Department)**
**State completely but briefly the problem on which you desire assistance. (Be specific.)**

I would like a copy of The notes from Kevin The physical
Therphist + all Dr notes please + Thank you

Work Assignment: Red Barn onsite        Living Unit Assignment: WB45

Comment: _____        Detail or C.H. Officer: Cell Clerk

Disposition: _____

To: Gonzalez 110872                Date: 3-26-2021
**(Name & Number)**

Disposition: As you have been informed on more than 1 occasion,
you are not allowed copies of medical records in penphstem,
you can request to view them, but cannot have copies. To my
knowledge your records have
been sent to your sister.
Thanks

Simmons HSA
**Employee's Signature**

P-0009                                **To be returned to inmate.**

INMATE REQUEST TO STAFF MEMBER

To: _____
      (Name and Title of Officer or Department)

Date: _____

_____
      Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales
      **Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

11087
      **Number**

**INMATE REQUEST TO STAFF MEMBER**

To: Loomis       Date: 6-1-2021
      (Name and Title of Officer or Department)
      **State completely but briefly the problem on which you desire assistance. (Be specific.)**

I would like the region Director names and I will
like the contract Supervisor & I would like to
go back to hed Barn on site Till I have my Surgery
please & thank you

Work Assignment: medical larin       Living Unit Assignment: LSS

Comment: _____       Detail or C.H. Officer: _____

Disposition: _____

To: _____       Date: 6-4-21
      (Name & Number)

Disposition: Centurion State Wide Medical Director
Paige Dodson
6220 SW 29th St Suite 200 →
Topeka, KS 66614

_____
      Employee's Signature

**To be returned to inmate.**

P-0009

SL55

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales
**Last Name Only**

**KANSAS DEPARTMENT OF CORRECTIONS**

JUN 28 2021

JUN 2 8 REC'D

110872
**Number**

**INMATE REQUEST TO STAFF MEMBER**

To: MS Simmons HSA                    Date: 6-28-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

The pain in my Hip + Knee + feet are getting worse I was seen By
The speaslist May 21 2021 to get an epadoral Shot + for back Surgery
when will I get this Shot + Surgery Let me know pleset thank you
God bless

Work Assignment: Med Lay-in          Living Unit Assignment: SL55
Comment: _____    Detail or C.H. Officer: col Stut

Disposition:

To: Gonzales 110872                     Date: 6·30·21
(Name & Number)

Disposition: This is still in the review process
to be approved. I have reached out to the
                    regional Med Director for an update
ASimmons HSA
Employee's Signature                        **To be returned to inmate.**

P-0009

SL55 B

GONZALES
_____
Last Name Only

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

KANSAS DEPARTMENT OF CORRECTIONS        JUN 09 REC'D

RECEIVED
JUN 10 2021

110872
_____
Number

**INMATE REQUEST TO STAFF MEMBER**

To: MS Simmons HSA                    Date: 6-8-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I would Like To get The AlPHA RoSTer for The
medical STaff please + Thank you

god bless

Work Assignment: Med Lay-in          Living Unit Assignment: SL55
S75
Comment: _____          Detail or C.H. Officer: COI Hansen

Disposition: _____

To: Gonzales 110872                    Date: 6-10-21
(Name & Number)

Disposition: Nursing has a current Sonth
alpha roster.      Thanks

ASimmons HSA
Employee's Signature

P-0009

**To be returned to inmate.**

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

_Gonzales_
**Last Name Only**

### KANSAS DEPARTMENT OF CORRECTIONS
JUN 0 9 REC'D

_110872_
**Number**

### INMATE REQUEST TO STAFF MEMBER

To: _Loomis_          Date: _6-8-2021_
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was checking up on you to see if you were able to get the information. for me please & thank you
god bless

Work Assignment: _Med Layin_          Living Unit Assignment: _SL55_
Comment: _____          Detail or C.H. Officer: _CO1 Hansen_

Disposition: We discussed that Couzin wants your/a attorney to make the request. If you are doing this by yourself, "Pro se" you need to let them know - cc/JM

To: _____          Date: _____
(Name & Number)

Disposition: _____

Employee's Signature

P-0009          **To be returned to inmate.**

SL55

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales
_____
Last Name Only

**RECEIVED**
JUN 15 2021
BY: _____

**KANSAS DEPARTMENT OF CORRECTIONS**

JUN 13 REC'D

**INMATE REQUEST TO STAFF MEMBER**

110872
_____
Number

To: MS Simmons                    Date: 6-14-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I would like To be provided With a Copy of the Alpha Staff
medical roster please & thank you

Work Assignment: Med Lay-in                    Living Unit Assignment: SL55

Comment: _____    Detail or C.H. Officer: CSI Cly

Disposition: _____

To: Gonzales 110872                    Date: 6-17-21
(Name & Number)

Disposition: This will not be provided to you.
This has been discussed with you previously.

Simmons, HSA
Employee's Signature

**To be returned to inmate.**

P-0009



AD ASTRA PER ASPERA

# Kansas
### Department of Corrections

P.O. Box 1568
Hutchinson, KS  67504-1568

Phone: (620) 625-7253
Fax: (620) 728-3262
HCFI@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary
Dan Schnurr, Warden

Laura Kelly, Governor

July 13, 2021

Arthur Gonzales #110872
P.O.Box 2
301 E. Kansas Avenue
Lansing, Kansas  66043-0002

Re:     Your Form 9 dated 7/1/21 and received 7/12/21

Mr. Gonzales:

I have reviewed your Form 9 and was surprised, having heard nothing about this previously.

I assume you know that I am not an attorney for either you or for Centurion.  I represent the State of Kansas.

I inquired of your circumstances and was told that you have been working with Centurion staff at Larned Correctional mental Health Facility on your issues.  I also understand that your medical records have been sent to your family member.

You ask me to help you with some sort of paperwork, but it is not clear to me what you want or why I can help you.  I cannot order that you receive any particular type of medical care.

I did check Kasper and see that you were moved to Lansing Correctional Facility on July 6, 2021. You should check with their healthcare provider and see if they can resolve any remaining issues.

I hope this helps you with your issues.

Sincerely,

Jon Graves
Administrative Attorney