## UNITED STATES DISTRICT COURT
## FOR THE FEDERAL DISTRICT OF KANSAS

| | |
|---|---|
| **ARTHUR L. GONZALES, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 22-3019-SAC-GEB |
| | ) |
| **ROBERT WRAY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANTS ROBERT WRAY AND MILLIE TRINGALE-MURRAY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT (DOC. 9) FOR FAILURE TO STATE A CLAIM

**COME NOW** defendants Robert Wray, D.O., and Millie Tringale-Murray, by and through undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and hereby move the Court to dismiss Plaintiff's Amended Complaint (Doc. 9) against these defendants on the grounds that: a) Plaintiff has failed to sufficiently set forth that he has exhausted his administrative remedies prior to filing the present suit; and b) Plaintiff has not alleged sufficient facts in his Amended Complaint that would give rise to a claim for deliberate indifference against these defendants under 42 U.S.C. § 1983.  Contemporaneous with the filing of this Motion, defendants Wray and Tringale-Murray file their Memorandum in Support of their Motion pursuant to D. Kan. Rules 7.1 and 7.6.

*Respectfully Submitted*,

**NORRIS KEPLINGER**
**HICKS & WELDER, LLC**

By: /s/ *Sam Bennett*
John Hicks, jh@nkfirm.com, #20474
Sam Bennett, sbennett@nkfirm.com, #26695
11551 Ash Street, Suite 200
Leawood, Kansas 66211
(913) 663-2000/ (913) 663-2006 FAX
**ATTORNEYS FOR DEFENDANTS MILLIE TRINGALE-MURRAY AND ROBERT WRAY, D.O.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2022, the above and foregoing document was filed via the Court's ECF system, which sent notification of such filing to all counsel of record, and a copy was served on the Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

Plaintiff pro se    Arthur L. Gonzales, Jr.
                    #110872
                    Lansing Correctional Facility
                    P.O. Box 2
                    Lansing, KS 66043

/s/ *Sam Bennett*
Attorney for Millie Tringale-Murray
and Robert Wray, D.O.