8-1-2022

To whom IT may Conceren

My name is Arthur L Gonzales Jr #110872 My case # 22-3019-Sac-GEB. I had major back surgery on may 5, 2022 when I got back L.C.F Medical, cut me off from all pain med's refused To do a follow up or check my wound, a nurse cleaned it because the Dr's & APRN's refused To see me They said since I had Surgery I was healed & pain free. The Ku Specilast Recommendation for Special Medical Shoe's to keep my back in place, I had 2 follow up appointments with The Ku doctor Steep who at Both visit's sent orders for shoes for me, the Dr's & APRN's Said I don't Need Them even though my balance is off my Footing is off & Im Still having pain in my Leg's & feet I have an appointment to See The APRN on 8-2-2022 at 1:00pm. I don't understand why They won't see me or Sive me proper care please get me the proper medical help Thank you for taking time To read This and doing what's right. I may be in prison and consider scum but Im still human & a child of god.   Go in peace God Bless
                              Sincerly
                              Arthur L Gonzales Jr

8-1-2022

Arthur L Gonzales JR #110872
Case # 22-3019-Sac-GEB

nurse Chantel abed / Aprn Daniel Smith
I went to Ku Med on May 24 for follow up visit from back surrey, Dr Step is the only Doctor I have Seen since I had Surgery when I went back to the unit I was told by Aprn Smith & Aprn Kalma that I dont have to be Seen by anyone other then a nurse for my wound, I was told That They dont have to see me or give me pain meds or follow the Doctors orders because There only Sessions That I dont need Shoes & If I do get them they will take a year to get, That I ask and was told by The Surgeon That his orders werent followed That unless it's an emergency Then I can ask to be seen and that my wound looks ok and my meds our done, They said That I can be seen by just by a nuse and It's ok That a follow up is only asked for when The Doctor's want money & If on The Streets That I would only see the Surgeons nurse not the actual surgeon. I was told By Aprn Smith & nurse Shantel That The ADON is a Liar and That They dont have a policy for a 7 Day follow up & That I dont need to be Seen by a provider That They gave me a med card That I Shouldnt have, I Told The nurse no but her boss said to take it I am still waiting to be seen

I still have the pain, numbness & I don't know what other problems I will have in the long run till this heals & I go back for check up's & see what other damages my back & spine will have because of KDOC negleance. On 5-9-2022 Nurse Nita told me that Dr Wilson & the APRN Moriah Kalma wrote cancelled on my doctors appointment for my back in the computer because KDOC didn't want to pay for it. KDOC didn't believe I needed the surgery & KDOC tried to write me up & give me more time in prison due to the lawsuite I have going against the Warden Skidmorre & the medical staff. On 5-10-22 Nurse Nita read me an email sent to her that 2 days before my surgery they canceled it due to them not having enough information to give me back surgery and for the fact Dr Millie said that nothing was wrong with me because she has budges in her spine and she's ok, yet I got reassed by Nurse Kalma who did test on me to show that I have serious nerve damage, back pain and muscle deprevation. 4 doctors who reccomend back surgery 3 from KU Med 1 from Saline Regional Medical Center, and 3 mri's that show my back problems and one showing that my back was getting worse the longer they put it off, yet they still thought I was lieing and making things up. And they didn't want to pay over 100,000 grand for my surgery. They refused to follow the doctor's orders for physical therpy, med's & follow up appoin.

to [illegible] nurse tim+nita courts | our only request and the facility or KDOC have decided that I dont need any more pain meds or further treatment since I had back surgery. After only having surgery on 5-5-22 KDOC believes they dont need to see me or treat me

I got back surgery on May 5 2022. On May 6 2022 the Dr Stepp had sat in my recovery room to tell me that he had to advocate for me to get the back surgery, he told me KDOC told him no even after I had 4 recordenazion for back surgery stating it was neccesy to improving my health he was told by KDOC that all doctors recormend surgery for money. He told them in my case I needed the surgery cause one MRI showed my back problem and the other showed my back getting worse and if not fixed could cause longterm damage to my health in terms of lossing feeling & mobility in my legs & feet, and even more serious health risk. KDOC also deind me to stay at the hospital for more then a day because they refused to believe that I needed to be properly cared for after surgery & they didnt want to pay for me to stay, KDOC wanted me to leave the same day with out proper meds. As I returned to LCF on May 6 Nurse tim had told me the same story about topeka & his bosses not wanting me to get surgery or have proper health care due to the cost & them not caring about mine or any ones health. Yes they did do the surgery it only took them two yrs and the damage to my back spine & legs cant be changed or fixed with one surgery & now I will still have to suffer the long term effects from them KDOC medical not caring about my health. Arthur L Gonzales Jr

Case # 22-3019-SAC-GEB

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

*Recived from facility*
*On 7-29-2022 Case # 22-3019-Sac-(*

KANSAS DEPARTMENT OF CORRECTIO[NS]

INMATE REQUEST TO STAFF MEM[BER]

To: __Medical / DON / HSA_____   Date: __7-26[-22]__
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be spe[cific])

I am wondering why The medical Shoes [They]
Said I Need After my Major back Surg[ery]
in place with proper footware why IT was [seen by a]
Spealicst and Did my Surgery, Can you please [tell me why]
IT was denied please+ Thank you Second A[ttempt on my]
back,

Work Assignment: __KCI Metal Sign + Graphics__   Living Unit Assignmen[t:]
Comment: _____ Detail or C.H. Officer:

_____

Disposition:

_____

To: ____Gonzales  110872_____
        (Name & Number)

Disposition: __The recommendation from the KU do[ctor was not]
  deemed medically necessory._____

_____

_____[signature]_____
Employee's Signature

P-0009