Case # 22-3019-SAC-GEB- District Court

To Whom IT May concern

I came to Lansing for medical Treatment And was denied. I came To Lansing July 6 2022 I had sent these copys of my form's and Grievance's to Skidmore when I first came to Lansing, They told me and several co's that they couldn't find my grievances co-Kelly, co-peterson, - co-davis - co-Tollover and yet now I am getting them back as an Exhibit 4. So why did it take so long for them to send me back the copy's but not send a response why did it Take over two years to treat me and still not give me proper medical Treatment. Why do I still have pain + Numbness yet They won't see me or treat me because, All the APRN's + the Doctor's the HSA the DON all say the same thing when I put in a sick call how long do you have Left in prison + we can't treat you because your fixed from Surgery How does that work. They refused me Treatment after Sugery they took all pain med's denied me Shoe's physical therpy saying I don't need it because Surgery cured me yet I am still having Problem's. I even Ask LT. Gallaser to Look for them even she couldn't find them.

Sincerly
Arthur L Gonzales JEFF 1/65 2