IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ARTHUR L. GONZALES, JR.,

    **Plaintiff,**

    v.                                            CASE NO.  22-CV-3019-SAC-GEB

ROBERT WRAY,
MILLIE MURRAY,  and
JAMES SKIDMORE,

    **Defendants.**

## ORDER

The Court has reviewed Plaintiff's Notices (**ECF Nos. 29 and 31**) which set forth on-going issues regarding his medical care subsequent to the filing of this case. Plaintiff amended his complaint as a matter of course as permitted under Fed. R. Civ. P. 15(a)(1) (ECF No. 9). Any further amendment must be with "the opposing party's written consent or the court's leave."[1] The Court may permit a party to serve a supplemental pleading "[o]n motion and reasonable notice" and "just terms."[2]

The Court's authority does not extend to day-to-day prison operations, or separate and distinct complaints unrelated to this case. Such matters must be pursued through the facility's grievance procedures prior to filing an action based on those claims. To the extent Plaintiff seeks relief from the Court, such a request must be made by motion.[3] Based upon

---

[1] Fed. R. Civ. P. 15(a)(2).
[2] Fed. R. Civ. P. 15(d).
[3] *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion.").

the above and foregoing, the Court declines to address Plaintiff's Notices (**ECF Nos. 29 and 31**).

**IT IS SO OREDERED.**

Dated August 26, 2022.

s/ Gwynne E. Birzer<br>GWYNNE E. BIRZER<br>U.S. Magistrate Judge