IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARTHUR L. GONZALES, JR., <br><br> Plaintiff, <br> v. <br><br> ROBERT WRAY, et al, <br><br> Defendants, | Case number: 22-3019-SAC-GEB |

**DEFENDANT JAMES SKIDMORE'S
MOTION FOR SUMMARY JUDGMENT**

Defendant James Skidmore ("Skidmore"), by and through counsel Whitney L. Casement of Stevens & Brand, L.L.P., hereby submits this Memorandum in Support of Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56 and D. Kan. Rule 56.1.

Because Plaintiff Gonzales is an inmate at a Kansas Department of Corrections ("KDOC") correctional institution and has failed to timely exhaust administrative remedies as required by law, this Court should grant summary judgment to Defendant.

Defendant Skidmore will file a memorandum to accompany this motion, pursuant to D. Kan. Rule 7.1.

Respectfully submitted,

STEVENS & BRAND, L.L.P.

By: */s/ Whitney L. Casement*
Whitney L. Casement, #25466
4848 SW 21st St Ste. 201
Topeka, KS 66604
(785) 437-2288 – Phone
(785) 408-8003 – Fax
WCasement@StevensBrand.com
*Counsel for Defendant Skidmore*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF e-filing system, which will send notice of filing to all participants receiving notices, and was sent by U.S. Mail, postage prepaid, upon the following:

Arthur L. Gonzales, Jr.
110872
LANSING Correctional Facility
PO Box 2
Lansing, KS 66043-0002

                                                */s/ Whitney L. Casement*
                                                Whitney L. Casement