IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARTHUR L. GONZALES, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WRAY, et al, <br><br> Defendants, | Case number: 22-3019-SAC-GEB |

**BUSINESS RECORDS AFFIDAVIT**

STATE OF KANSAS        )
                                          ) ss.
COUNTY OF SHAWNEE )

Before me, the undersigned authority, personally appeared Darcie Holthaus, who, being by me duly sworn, states as follows:

1. My name is Darcie Holthaus. I am of sound mind, capable of making this Affidavit, and personally acquainted with the facts herein stated:

2. I am the custodian of the records of the Kansas Department of Corrections ("KDOC"). Attached hereto are records from KDOC, which includes inmate Arthur Gonzales' (#110872) grievance number IA-003048, Form-9 documentation related to these grievances, the appeals of such grievances, and responses to the grievances and appeals.

3. The attached records are kept by KDOC in the regular course of business, and it was the regular course of business of KDOC for an employee or representative of KDOC with knowledge of the act, event, condition, opinion, diagnosis, prognosis or statement recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion, diagnosis, prognosis or statement recorded. The records attached hereto are the original or exact duplicates of the original.

Page **1** of **2**


EXHIBIT A

4.KDOC maintains electronic copies of records of appeals of grievances and personal injury claims to the Secretary of Corrections. I have reviewed KDOC's records and have determined that Mr. Gonzales did not submit to the Kansas Secretary of Corrections an appeal the Warden's response to his grievance number IA-003048. In addition, there is no record of any other grievance or personal injury claim related to the issues contained within his grievance number IA-003048.

FURTHER AFFIANT SAYETH NOT.

_____
Darcie Holthaus
Records Custodian
Kansas Department of Corrections

Subscribed and sworn to before me, a Notary Public in and for said County and State this 21st day of September, 2022.

_____
Notary Public

My Commission Expires:

NOTARY PUBLIC - State of Kansas
JULIE C. HOROSKO
My Appt. Exp. 9-6-25

2/9/21,
M.V.

## *Larned Correctional Mental Health Facility*
## Receipt of Grievance

Grievance # IA- 00 30 48

Inmate Name Gonzales, Arthur   Number 110872

Housing Assignment B45

I acknowledge receipt of the original and one (1) copy of the above stated grievance.

_____   110872     2-12-2021
Inmate's Signature              Number         Date

_____   2/12/2021
Witness                              Date

**Return to Administrative Officer – Grievance & Discipline**

# LARNED CORRECTIONAL MENTAL HEALTH FACILITY

## PRINCIPAL ADMINISTRATOR'S RESPONSE TO GRIEVANCE

Grievance #:  **IA-003048**

Inmate Name:  **Gonzales, Arthur**

KDOC #:  **110872**

Date Received by Principal Administrator:  **February 4, 2021**

Date of Final Answer:  **February 8, 2021**

**Findings of Fact:** In your grievance you claim you are having continued issues with your feet and legs, initially beginning in August 2020. You state you have seen medical several times, receiving a different diagnosis each time. You claim despite being on a medical lay in and pain medications, you are still having pain and would like to have a MRI completed to determine cause of pain.

**Conclusions Made:** A review of your medical file shows you were seen by the medical provider on the following dates:
- 10/07/2020
- 10/19/2020
- 10/22/2020
- 11/02/2020
- 11/16/2020
- 01/13/2021

On October 26, 2020, an X-Ray was completed with normal results, therefore, a MRI was determined not to be needed. During your appointment on January 13, 2021, you agreed to an increase in pain medication to help alleviate your pain. You have requested not to be placed on lay-in status due to your work assignment at Redbarn, although you were informed that the assignment could be contributing to your pain.

**Action Taken:** No further action is needed. Your medical concerns have been addressed by Centurion staff and a treatment plan has been implemented. Continue to work with healthcare staff and report any new or worsening symptoms via the Sick Call process; if the increase in medication has not improved your symptoms, an appointment will be scheduled with the provider.

Pursuant to K.A.R. 44-15-102, you may appeal the grievance response by submitting the appropriate form to the secretary of corrections via mail.

*Signature of Principal Administrator*

KDOC 000002

# KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

## INMATE COMPLAINT

Inmate's Name: Arthur L Gonzales JR          Number: 110872
Facility: LCMHF          Housing Unit: W2B45          Work Detail: Red Barn onsite

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). I have been have problems with my feet and legs since Aug last year. Dr Britt told me I had a pinched nerve I saw Dr Wray three times each time he told me something different, first he said I had a swollen sciatic nerve. The second time I saw him he told me I had sequel due to covid-19 & the third time I saw him he googled my symptoms and said I have nerve damage due to a virus infection which is covid-19 I have been waiting for an MRI since Dec last year I have my sister calling up here I have wrote Ms Simmons several form 9s I was told by Nurs Duft in front of Cozumba that if I kept complaining about my pain I was going to have to go to center clinic I take 3 600mg gavapenten plus two 500mg naproxent 10 325mg Tyonol a day & 60 mg Elmbole which comes to 6,110mgs of pain pills a day

Date this report was given to Unit Team for informal resolution (to be completed by inmate). 01/21/2021

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)
See attached from HSA Simmons

Unit Team Signature          Date: 2/3/2021

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

_X_ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). 2/3/2021

Inmate Signature          Date: 2-3-2021

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)
Date Received 02/04/2021    Date of Final Answer 02/08/2021    Date Returned to Inmate 2/9/2021

Inmate's Signature          Date: 2-12-21          Unit Team Signature          Date: 2/12/2021

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

| | | |
|---|---|---|
| Grievance Serial Number | IA 003048 | |
| Type of Complaint (Item 4: Code 01-75) | 02 | |
| Cause of Complaint (Item 5: Code 01-30) | 07 | |
| Type of Response (Item 6a: Code 01,02,08 or 09) | 08 | KDOC 000003 |

I was on a medical lay in Pit Pit. See doctor but the doctor say Nerve damage or that I have a pinched nerve an x-ray won't show it - all the doctor is doing is giving me pain meds. I have seen the doctor several times and each time he tells me something different then the last. And now he says Nerve damage due to a virus infection which he says is from covid-19 so If I due the sick call process all he does is up my pain meds + that hasn'st been working then what why is it so hard to get an Mri to find the cause of my pain

KDOC 000004

INMATE REQUEST TO STAFF MEMBER

To: _____   Date: _____
(Name and Title of Officer or Department)

_____
Unit Team, Detail, or Cellhouse Officer's Signature

**To be retained by inmate**

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

_____
**Last Name Only**

## KANSAS DEPARTMENT OF CORRECTIONS

### INMATE REQUEST TO STAFF MEMBER

_____
**Number**

To: _____   Date: _____
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

They would rather give me pain pills Then give me a MRI. MS Simmons asked my sister If I'm in so much pain why am I working. I wrote her and said I have to worke. CoBecker said If I dont go to work I would get a write up + Lose good Time. I have child support and bills To pay. all I want To know is what is wrong with me. I Shouldn'T have to Take that much pain pills a day + That IS only IF I dont Take more when Im In more pain ⇒ Can you please help me please + Thank you

Work Assignment: _____ Living Unit Assignment: _____
Comment: _____ Detail or C.H. Officer: _____

I Spoke To the warden on 1-21-2021 On my way back To West Unit he Told me

Disposition: To fill out a grivence ✓

_____
_____
_____
_____

To: _____   Date: _____
(Name & Number)

Disposition: _____
_____
_____
_____

_____
Employee's Signature

P-0009

**To be returned to inmate.**
KDOC 000005

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Requests

RECEIVED
NOV 11 2020

Gonzales 72
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**

NOV 10 REC'D

110872
Number

**INMATE REQUEST TO STAFF MEMBER**

To: MS Sims                                     Date: _____

(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been having problems with my legs & feet for 4 months I have put in 6 sick calls and was told I was put in for a mri I can't feel my legs or feet when I walk and I am in pain all day can you please help thank you

Work Assignment: Redbarn onsite          Living Unit Assignment: 6/2-b45
Comment: _____                         Detail or C.H. Officer: _____

Disposition:

To: Gonzalez 110872                      Date: 11-11-20
(Name & Number)

Disposition: You can discuss with Dr. Wray at your next appointment.

J. Pleasant LPN
Employee's Signature

P-0009

To be returned to inmate.

KDOC 000006

OW2B 45

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

RECEIVED
NOV 16 2020
BY:

**KANSAS DEPARTMENT OF CORRECTIONS**

NOV 13 REC'D

**INMATE REQUEST TO STAFF MEMBER**

GONZALES
Last Name Only

110872
Number

To: MS pleasenT                        Date: 11-13-2020
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I was told to send you a form nine to ask you if I am scheduled for an MRI I say Doctor wray on 11-2-20, and he told me he put me in for one I am just making sure that he did can you let me know please & thank you

Work Assignment: Red Barn onsite              Living Unit Assignment: W2 B45
Comment: _____                   Detail or C.H. Officer: Cpl Hell

Disposition:

To: Gonzales 110872                      Date: 11-16-20
(Name & Number)

Disposition: Yes, I submitted a request to Regional Office. It is pending approval.

_J. Pleasant_ CPn
Employee's Signature

P-0009

To be returned to inmate.

KDOC 000007

OW2B45

Form 9
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzalas TR
Last Name Only

DEC 16 2020

KANSAS DEPARTMENT OF CORRECTIONS

DEC 15 REC'D

110872
Number

**INMATE REQUEST TO STAFF MEMBER**

To: MS Simms                                    Date: 12-12-2020
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

I have been dealing with this problem with my Legs and feet Numb and going in pain when I walk since Aug. I have been waiting for an MRI since Nov 2. I put in another sick call in on 12-3-2020 to get my pain meds increased cause There not working. I have seen both Doctors I have got one disgonisofrom Brot and 3 different dinjon's from Dr Wray I would like to know whats wrong with me + why I haven't had an MRI please Let me know what you can find out thank you

Work Assignment: Red Barn onsite            Living Unit Assignment: W2B4S
Comment: _____            Detail or C.H. Officer: M. Buhr

Disposition: _____

To: Gonzales 110872                          Date: 12-16-2020
      (Name & Number)

Disposition: MRI is pending approval from Regional Office — will schedule once approved

J. Pleasant
Employee's Signature

P-0009                                       To be returned to inmate.

KDOC 000008

W2B45

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Gonzales
Last Name Only

**KANSAS DEPARTMENT OF CORRECTIONS**
DEC 23 2020

**INMATE REQUEST TO STAFF MEMBER**

110872
Number

To: MS Simms     Date: 12-21-2020
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

So I have to deal with this pain in numbness in my legs & back since August. Dr wray told me Nov 2 I was put in for a MRI I put in a sick call on Dec 2 to have my gabapenten increased & I have yet to be seen what Am I supposed to do please let me know if my family can't get an answer & I can't I will have them call Topeka office Thank you

Work Assignment: Red Barn Onsite         Living Unit Assignment: W2B45
Comment:                                  Detail or C.H. Officer:

Disposition:

To: Gonzalez 110872         Date: 12·22·20
(Name & Number)

Disposition: We appreciate your patience. The MRI is still pending approval. I have sent an email to who needs to review for approval. You will be scheduled with the provider to review medication dosage. Thank you.

Simmons HSA
Employee's Signature

To be returned to inmate.

P-0009

KDOC 000009

OW2B45

Form 9
For Cellhouse Transfer
Work Assignment
Interview Requests

Gonzales
Last Name Only

## KANSAS DEPARTMENT OF CORRECTIONS

110872
Number

### INMATE REQUEST TO STAFF MEMBER

To: Ms Simms                           Date: 12-30-2020
(Name and Title of Officer or Department)

State completely but briefly the problem on which you desire assistance. (Be specific.)

I work cuz Dr Wray took me off medical lay in I was then told by a CO if I didn't go to work I would get a UC + lose 30 days of good time. Then I was told by a nurse in front of a CO that if I keep complaining about the pain I'm in I was going to get moved to Central clinic + not get any different medical treatment Then I'm not getting how I want to take care of my family + I still haven't been seen by a Doctor last sick call was Dec

Work Assignment: Red Barn onsite        Living Unit Assignment: W2B45
Comment: ___                              Detail or C.H. Officer: CO' Bernard

Disposition:

---

To: Gonzales 110872                    Date: 1-5-2021
        (Name & Number)

Disposition: you will be scheduled with the provider for one review.

A Simmons, HSA
Employee's Signature

P-0009

To be returned to inmate.

KDOC 000010

OW2B45

✓ ✓ ✓ ✓ ✓ ✓ \

**Form 9**
For Cellhouse Transfer
Work Assignment
Interview Request

RECEIVED
JAN 0 2020
BY: _____

Gonzales
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS

110872
Number

**INMATE REQUEST TO STAFF MEMBER**

To: MS Simms                                    Date: 1-3-2021
(Name and Title of Officer or Department)
*State completely but briefly the problem on which you desire assistance. (Be specific.)*

I work with pain To Take care of my family and Bills. I have been dealing with The numbness in my feet + back Since Aug last year I saw Dr Brist once or way 3 Time The Last Time I saw him he googled my symtoms + read me an articde from the Internet + Told me my condition is due To covid-19 If all Im going to get is pain meds please Increase Them So I cant feel anything. If I cant get an MRI To figure out whats wrong with me fine Inchase my meds Last Sick Call I-C2 still haven't seen a doctor

Work Assignment: red Barn onsite           Living Unit Assignment: W2B45

Comment: _____               Detail or C.H. Officer: CO1 Strut

Disposition: _____

To: Gonzales 110872                         Date: 1-5-2021
(Name & Number)

Disposition: you will be scheduled with the provider.

_____
Employee's Signature

P-0009

To be returned to inmate.

OW2B45

**Form 9**
For Cellhouse Transfer
Work Assignment _____
Interview Requests

Gonzales
Last Name Only

KANSAS DEPARTMENT OF CORRECTIONS
JAN 0 7 REC'D
INMATE REQUEST TO STAFF MEMBER

(Received JAN 30 2023 stamp)

110872
Number

To: MS Simmons          Date: 1-5-2021
(Name and Title of Officer or Department)
State completely but briefly the problem on which you desire assistance. (Be specific.)

You will Scheduled me to see the provider when cause you said that in Dec here it is Jan And I Still havent Seen the provider still no mri to see why my pain is so bad If in need to take futher actions to get the proper medical care Tell me. Dr wray Say's Nerve Damage Due to Covid-19 Dr Brict Said pinched nerve which one of the 4 is it do I need to call Topeka or a Lawyer Cuz being in this kind of Pain since Aug Last year and you seem Like you dont care doesnt seem right

Work Assignment: Redbarn Onsite         Living Unit Assignment: W2 B45
Comment: _____                      Detail or C.H. Officer: Cel Rush

Disposition:

---

To: Gonzales 110872          Date: 1-11-2021
     (Name & Number)

Disposition: As I have Stated, you are Scheduled with the provider. Thanks

Simmons HSA
Employee's Signature

P-0009

**To be returned to inmate.**

KDOC 000012



1593 Spring Hill Road
Suite 600
Vienna, VA 22182

To: Michael Vondracek, UT
From: Amy L. Simmons, H.S.A
Date: 1/29/2021
RE: Gonzales, Arthur 110872

---

After review of medical record and discussion with medical staff, regarding offender Gonzales, Arthur 110872, the following has been determined:

Offender has been seen multiple times by nursing staff and the on-site providers. An MRI was requested in November of 2020, however was ATP'd due to his x-rays looking normal.

Offender most recently had an increase in his pain medication on 1/13/2021. At that time, offender was agreeable to trying this for a few weeks to see if this would alleviate his pain. However, offender does not want to have a lay-in from his PI job, which could also be contributing to offender's ongoing uncontrolled pain.

If offender is having continued concerns or issues, he needs to follow the sick call process. Offender will then be scheduled again with the provider to determine next steps, if the increase in medication is not helping.

Please let me know if there are any further questions.

*Amy L. Simmons, H.S.A*

Amy L. Simmons, H.S.A.
Cc: Dana Burger, RN, DON