IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARTHUR L. GONZALES, JR., )<br>    Plaintiff, )<br>v. )<br>ROBERT WRAY, et al. )<br>    Defendant. ) | Case number 22-3019-SAC-GEB |

DECLARATION OF ARTHER L. GONZALES, JR.

I, Arthur Gonzales, do hereby swear to and attest to the following:

1. Prior to catching Covid at Larned Correctional Facility, I had no medical issues with my back, legs or feet.

2. Dr. Wray initiated a medical background check before scheduling my MRI in August of 2021. The background check showed no prior history of back, leg or feet issues.

3. I turned in informal resolution attempts in the form of Form-9, as well as attempted to resolve these issues with just conversation with the medical providers and Unit Team managers.

4. When informal resolution attempts failed, I then filed grievances with the Larned and Lansing Correctional Facilities.

5. When grievances came back answered against me, I filed an appeal to the then Warden, James Skidmore.

6. After Skidmore's denial of my claims, I mailed my appeal to the Secretary of Corrections using the Lansing Correctional Facility's inmate mailing system. I handed the appeal to Officer Heather Peters.

7. I asked Officer Peters on multiple occasions to try and learn the status of my appeal to the Secretary of Corrections. Officer Peters was never given a straight answer as to the disposition of the appeal nor the whereabouts of the appeal.

8. I am releasing from the custody of the Kansas Department of Corrections on Friday, October 7, 2022. Upon my release, I will attempt to contact Officer Heather Peters to get her to sign the attached declaration, as Officer Peters no longer works as a guard at Lansing Correctional Facility. I fully intent to subpoena Officer Peters at the trial to testify to these facts.

I swear under penalty of perjury that the aforementioned statements in the declaration are true and correct.

*[signature]*
Arthur L. Gonzales, Jr.