IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARTHUR L. GONZALES, JR., )<br>   Plaintiff, )<br>v. )<br>ROBERT WRAY, et al. )<br>   Defendant. ) | Case number 22-3019-SAC-GEB |

DECLARATION OF HEATHER PETERS

I, Heather Peters, do hereby swear to and attest to the following:

1. Arthur Gonzales is an inmate in the Kansas Department of Corrections (DOC).

2. I was employed with the Kansas Department of Corrections from _____ to _____.

3. I was aware of Mr. Gonzales' medical issues with his back, legs, and feet.

4. I personally handles several form 9's, medical sick call slips, and grievances sent by Mr. Gonzales to unit teams, medical personel, deputy warden James Skidmore, and warden Shanon Meyers. often asked me to send e-mails.

5. I personall handles the grievance that Mr. Gonzales was appealing to the Secretary of Corrections. I placed it in the appropriate mail container as was required by my duties as an officer.

6. I personally sent several emails to about this appeal of his grievance to other departments within the DOC, with only limited responses, sometimes being ignored altogether.

7. I would testify in court to the statements attested to in this declaration.

I swear under penalty of purjury that the aformentions statements in the declaration are true and correct.

                       _____
                       Heather Peters