**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

ARTHUR L. GONZALES, JR.,

                    Plaintiff,

v.

ROBERT WRAY, et al,

                    Defendants,

Case number: 22-3019-SAC-GEB

**DEFENDANT JAMES SKIDMORE'S
MOTION FOR SUMMARY JUDGMENT**

Defendant James Skidmore ("Skidmore"), by and through counsel Whitney L. Casement of Stevens & Brand, L.L.P., hereby submits this Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56 and D. Kan. Rule 56.1.

Because Plaintiff Gonzales has been released from Kansas Department of Corrections ("KDOC") custody, his claim for injunctive relief is moot, and this Court should grant summary judgment to Defendant Skidmore.

Defendant Skidmore will file a memorandum to accompany this motion, pursuant to D. Kan. Rule 7.1.

Respectfully submitted,

STEVENS & BRAND, L.L.P.

By: */s/ Whitney L. Casement*
Whitney L. Casement, #25466
4848 SW 21st St Ste. 201
Topeka, KS 66604
(785) 437-2288 – Phone
(785) 408-8003 – Fax
WCasement@StevensBrand.com
*Counsel for Defendant Skidmore*

1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 21st day of October, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF e-filing system, which will send notice of filing to all participants receiving notices, and was sent by U.S. Mail, postage prepaid, upon the following:

Arthur L. Gonzales, Jr.
2204 N. 5th Street
Kansas City, KS 66101

*/s/ Whitney L. Casement*
Whitney L. Casement