FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ARTHUR L. GONZALES, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT WRAY, et al, <br><br> Defendants, | Case number: 22-3019-SAC-GEB |

## AFFIDAVIT OF JULIE HOROSKO

STATE OF KANSAS            )
                                         ) ss:
COUNTY OF SHAWNEE  )

  I, Julie Horosko, being duly sworn upon my oath, and being over the age of 18 and fully competent to make this declaration, state and affirm the following based on my personal knowledge:

  1. I am currently a Central Office Legal Specialist at the Kansas Department of Corrections ("KDOC") and have held that position since June 12, 2022. My job duties include assisting KDOC Legal Department with various tasks including and related to residents (also referred to as inmates/prisoners/offenders) within the Kansas corrections system.

  2. My job gives me access to up-to-date information within KDOC regarding a prisoner's status, including their release from custody.



1

3.  On October 7, 2022, Arthur Gonzales, #110872, was released from KDOC custody and, according to KDOC records, now resides in Kansas City, Kansas.

FURTHER THE AFFIANT SAYETH NOT.

*/s/ Julie Horosko*
Julie Horosko
Central Office Legal Specialist
Kansas Department of Corrections

Subscribed and sworn to before me on this 20 day of October, 2022.

*/s/ Meghann Stotts*
Notary Public

My Commission Expires:

MEGHANN STOTTS
Notary Public - State of Kansas
My Appt. Expires 5/24/25