My Name is Arthur L Gonzalez
Case # 22-3019 SC-GEB

my New Address is

2204 N 5TH Street
Kansas City, KS. 66101

To whom IT may concern

I would like to go to ~~trail~~ trail

FILED
U.S. District Court
District of Kansas

OCT 31 2022

Clerk, U.S. District Court
By _____ Deputy Clerk