# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ARTHUR L. GONZALES, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   Case. No. 22-3019-SAC |
| | ) |
| **ROBERT WRAY, D.O., et al.,** | ) |
| | ) |
| **Defendants,** | ) |

## ENTRY OF APPEARANCE

**COMES NOW** Bryan Cox of Norris Keplinger Hicks & Welder, LLC, and hereby enters his appearance as additional counsel of record for defendants Millie Tringale-Murray and Robert Wray, D.O.

*Respectfully Submitted*,

**NORRIS KEPLINGER
HICKS & WELDER, LLC**

By:   */s/ Bryan Cox*
John Hicks, jh@nkfirm.com, #20474
Bryan Cox, bcox@nkfirm.com, #28429
11551 Ash Street, Suite 200
Leawood, Kansas 66211
(913) 663-2000/ (913) 663-2006 FAX
**ATTORNEYS FOR DEFENDANT
MILLIE TRINGALE-MURRAY AND
ROBERT WRAY, D.O.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2022, the above and foregoing document was filed via the Court's ECF system, which sent notification of such filing to all counsel of record, and a copy was served on the Plaintiff by depositing the same in the United States Mail, first class postage prepaid, addressed as follows:

Plaintiff pro se    Arthur L. Gonzales, Jr.
    #110872
    Lansing Correctional Facility
    P.O. Box 2
    Lansing, KS 66043

    /s/ *Bryan Cox*
    Attorney for Millie Tringale-Murray
    and Robert Wray, D.O.