# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GONZALES, ARTHUR L., JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 22-CV-03019 |
| | ) |
| **WRAY, ROBERT,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Kan. Rule 83.5.5(c), Dennis D. Depew, Deputy Attorney General, gives notice of his withdrawal as counsel of record for defendants Robert Wray, Millie Murray and James Skidmore, in their official capacities.

The Court and parties are further notified that defendants will continue to be represented by their remaining attorneys of record.

This notice is being served as required by D. Kan. Rule 83.5.5(c).

Respectfully submitted,

*/s/ Dennis D. Depew*
Dennis D. Depew, #11605
Sr. Attorney
Kansas Legal Services
408N. Walnut
Pittsburg, KS  66762
Tele:  (620) 1330
Depewd@klsinc.org
*Attorney for Defendants*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all attorneys of record.

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

>Arthur L. Gonzales, Jr.
>6325 Leavenworth Rd., Apt. #2
>Kansas City, KS  66104
>*Plaintiff, pro se*

>*/s/Dennis D. Depew*
>Dennis D. Depew
>Deputy Attorney General